IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-00097-WDM-MJW

PRAIRELAND PROCESSORS, INC.

    Plaintiff,

v.

RIDGEFIELD FARMS, LLC.,

    Defendant(s).

_____

**MINUTE ORDER**
_____

    By order of Judge Walker D. Miller:

    The amended motion for one day to file proposed findings and conclusions is granted.

Dated: February 23, 2006

                                          s/ Jane Trexler, Secretary/Deputy Clerk