IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 03-cv-00097-WDM-MJW

PRAIRIELAND PROCESSORS, INC.,

    Plaintiff and counterclaim defendant,

v.

RIDGEFIELD FARMS, LLC., et al.,

    Defendants,

RIDGEFIELD FARMS, LLC,

    Counterclaim plaintiff,

v.

ELDON ROTH, et al.,

    Additional counterclaim defendants.

---

**NOTICE OF DISMISSAL AS TO INDIVIDUAL COUNTERCLAIM DEFENDANTS ONLY**

---

    The court takes judicial notice that the parties have filed a Stipulation to Dismiss Counterclaims Against Individual Counterclaim Defendants only in accordance with Fed. R. Civ. P. 41(a)(1).  Accordingly, Ridgefield's counterclaims against each of the individual counterclaim defendants, Eldon Roth, Regina Roth, Kevin LaFleur and Don

Babcock are dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on March 28, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge